# IN THE SUPREME COURT OF THE STATE OF NEVADA

VILLA LANTE TRUST,
                Appellant,
         vs.
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
                Respondent.

No. 76320

**FILED**

JAN 29 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joanna Kishner, District Judge
        James Kohl, Settlement Judge
        Kerry P. Faughnan
        Akerman LLP/Las Vegas
        Eighth District Court Clerk

19-04442